Gregory R. Henrikson
Walker & Eakes, LLC
329 F Street, Suite 200
Anchorage, AK 99507
Phone (907) 272-9255
Facsimile (907) 272-9256
greg@walkereakes.com

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AUSTIN WAYNE CRANFORD, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE CITY AND BOROUGH OF SITKA, ) <br> THE SITKA POLICE DEPARTMENT, ) <br> JOHN M. LEACH – MUNICIPAL ) <br> ADMINISTRATOR and THE CITY AND ) <br> BOROUGH OF SITKA ASSEMBLY, ) <br> ) <br> Defendants. ) <br> ) | Case No. 1:25-cv-00010-SLG |

## MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

Come now defendants, by and through counsel Walker & Eakes, and herby move in lieu of answer pursuant to Federal Rule of Civil Procedure 12(b)(6) and the terms of the Court's Order dated April 29, 2026.

The legal issues involved in this case have already been briefed in connection with the defendants' motion to dismiss. The Court granted the motion, with a caveat that the plaintiff had leave to amend. The Court's order imposed clear guidelines explaining what must be contained in the new filing. See Order at Dkt 17, p.15/18. Specifically, the complaint had to contain averments:

Cranford v. The City and Borough of Sitka, et. al., Case No. 1:25-cv-00010-SLG
Motion to Dismiss Plaintiff's Amended Complaint
Page 1 of 4

Walker & Eakes, LLC
329 F Street, Suite 200
Anchorage, Alaska 99501
PH: (907) 272-9255
FAX: (907) 272-9256

1.      That he "suffered an 'injury in fact,'" which was actually caused by the City's actions and which would be redressed by the sought-after relief.

2.      That he was "engaged in a constitutional protected activity" and that the City's action caused him to 'suffer an injury that would chill a person of ordinary fitness from continuing to engage in that activity,'" and "substantially motivated as a response to [Mr. Cranford's] exercise of constitutionally protected conduct"

3.      The City restricted his speech because of its "disagreement with the message it conveys." Id.  The Court further required Mr. Cranford to provide substantive grounds for his allegations, with supporting factual details.  Id.

The plaintiff's First Amended Complaint fails to satisfy the Court's requirements.  First of all, the plaintiff re-alleges his theory that the Facebook page forum was shut down in retaliation for comments he made.  See Amended Complaint at 13-14.  He shows three comments in 2022 by non-parties apparently on the City Police Department's Facebook page.  See Exhibit AA. There is no showing that Mr. Cranford was using this forum.  There is nothing even describing what comments Mr. Cranford allegedly made in that forum which were critical of the Police. Though he claims that the decision to shut the forum down was an "adverse, retaliatory action against him," there's nothing supporting this whatsoever.  See Amended Complaint at para. 14. His claim that some unspecified and unshown comment or comments he made in 2022 caused the City to close the forum in 2025 is insufficient to establish injury in fact, or that the City was "substantially motivated" to take this action to block his constitutionally protected speech.

The plaintiff then repeats the same claim that the forum was only selectively shut down, citing to the description that "Sitka PD has limited who can comment on this post." See Amended Complaint at para. 16.  He also posts threads showing brief comments.  See Exhibit BB.  He

Walker & Eakes, LLC
329 F Street, Suite 200
Anchorage, Alaska 99501
PH: (907) 272-9255
FAX: (907) 272-9256

Cranford v. The City and Borough of Sitka, et. al., Case No. 1:25-cv-00010-SLG
Motion to Dismiss Plaintiff's Amended Complaint
Page 2 of 4
Case 1:25-cv-00010-SLG      Document 19      Filed 05/21/26      Page 2 of 4

alleges broadly that the City "specifically targeted and restricted" him. See Amended Complaint at Para. 18. While he alleges that the City "intentionally limited plaintiff's ability to comment because plaintiff expressed these critical viewpoints," he doesn't support or describe any such sequence of events. Amended Complaint at Para. 19. His entire case still rests on the claim that by letting a few comments to exist, the City has violated his rights. This falls well short of the Court's requirements and does not rehabilitate his case. The matter should be dismissed pursuant to the Court's order.

DATED this 21st day of May, 2026, at Anchorage, Alaska.

> Walker & Eakes, LLC
> Attorney for Defendants
> THE CITY AND BOROUGH OF SITKA,
> THE SITKA POLICE DEPARTMENT,
> JOHN M. LEACH – MUNICIPAL
> ADMINISTRATOR and THE CITY AND
> BOROUGH OF SITKA ASSEMBLY

> By: ___*/s/ Gregory R. Henrikson*___
> Gregory R. Henrikson
> Alaska Bar No. 9811069

**Walker & Eakes, LLC**
329 F Street, Suite 200
Anchorage, Alaska 99501
PH: (907) 272-9255
FAX: (907) 272-9256

Cranford v. The City and Borough of Sitka, et. al., Case No. 1:25-cv-00010-SLG
Motion to Dismiss Plaintiff's Amended Complaint
Page 3 of 4

Case 1:25-cv-00010-SLG     Document 19     Filed 05/21/26     Page 3 of 4

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served this 21st day of May, 2026 by:

  ___: Mail
  XX: Email
  ___: Facsimile
  ___: Hand Delivery
  ___: Courier

To the following persons:

Austin Wayne Cranford
616 Sawmill Creek Rd
Sitka AK 99835
Austinwcranford@gmail.com


  */s/ Annjenette Cloud*
   Walker & Eakes, LLC
170.491/pld/Motion to Dismiss

Cranford v. The City and Borough of Sitka, et. al., Case No. 1:25-cv-00010-SLG
Motion to Dismiss Plaintiff's Amended Complaint
Page 4 of 4
Case 1:25-cv-00010-SLG Document 19 Filed 05/21/26 Page 4 of 4

**Walker & Eakes, LLC**
329 F Street, Suite 200
Anchorage, Alaska 99501
PH: (907) 272-9255
FAX: (907) 272-9256