Gregory R. Henrikson
Walker & Eakes, LLC
329 F Street, Suite 200
Anchorage, AK 99507
Phone (907) 272-9255
Facsimile (907) 272-9256
greg@walkereakes.com

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | | |
|---|---|---|
| AUSTIN WAYNE CRANFORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE CITY AND BOROUGH OF SITKA, | ) | |
| THE SITKA POLICE DEPARTMENT, | ) | Case No. 1:25-cv-00010-SLG |
| JOHN M. LEACH – MUNICIPAL | ) | |
| ADMINISTRATOR and THE CITY AND | ) | |
| BOROUGH OF SITKA ASSEMBLY, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Walker & Eakes, LLC
329 F Street, Suite 200
Anchorage, Alaska 99501
PH: (907) 272-9255
FAX: (907) 272-9256

## REPLY IN SUPPORT OF MOTION TO DISMISS
## PLAINTIFF'S AMENDED COMPLAINT

The defense has moved to dismiss the amended complaint which the plaintiff has filed in response to the Court's April 29, 2026 order. An opposition was emailed to defense counsel on May 22, 2026, but nothing has appeared on PACER yet. The defense is filing this reply.

The issue before us is simple. This Court set out specific requirements the plaintiff would have to satisfy in order to avoid dismissal of this suit. The amended complaint does not meet those requirements. As noted, the plaintiff has not properly averred that he was injured in fact, or that he was engaged in a Constitutionally protected activity which was then chilled, or that the

Cranford v. The City and Borough of Sitka, et. al., Case No. 1:25-cv-00010-SLG
Reply in Support of Motion to Dismiss
Page 1 of 4

City was motivated to bar his Constitutional activity, or indeed that the City acted against him, and did so out of a disagreement over his content.

Instead, the plaintiff reiterated his earlier claim that the City was still allowing some messages to be posted on the Facebook forums for the police department. <u>See</u> Amended Complaint. Mr. Cranford claims that he sent "written communications" critical of the City, but hasn't made any averments regarding what he himself posted there which allegedly prompted the City's actions, other than a vague statement. <u>See</u> Amended Complaint at Para. 14. The suit is very clearly based on what Mr. Cranford sees as an inconsistency between allowing some posts while keeping the forum closed. He calls this a "material misrepresentation." <u>See</u> Opposition to Renewed Motion to Dismiss at 4. But, apart from finding some more innocuous statements that have shown up, there's no indication this is a forum for political debate or public comment. More to the point, there's nothing here satisfying the Court's order. There is no cause of action here for material misrepresentation.

In opposition, the plaintiff alleges that only he is able to see the notice that the page is closed. This is now entering the realm of conspiracy theory. The plaintiff was not singled out as the sole person seeing the limitation notice. Indeed, the exact same notice appears on the undersigned's Facebook page when viewing the SPD Facebook posts. So, this whole suit appears to have been the result of a core misunderstanding—the plaintiff apparently thought he alone was blocked from commenting. For purposes of this motion, though, the problem is that the Court was not asking for more information about the Facebook notice or 2025 postings.

The plaintiff also argues that he has now added a claim of viewpoint discrimination in his amended complaint. <u>See</u> Opposition at 8. Again, the Court did not invite a new theory. However, the defense already argued viewpoint discrimination in its original motion to dismiss,

**Walker & Eakes, LLC**
329 F Street, Suite 200
Anchorage, Alaska 99501
PH: (907) 272-9255
FAX: (907) 272-9256

<u>Cranford v. The City and Borough of Sitka, et. al.</u>, Case No. 1:25-cv-00010-SLG
Reply in Support of Motion to Dismiss
Page 2 of 4
Case 1:25-cv-00010-SLG    Document 20    Filed 05/29/26    Page 2 of 4

and showed that there was no basis for that claim, either. <u>See</u> Motion to Dismiss at 9-10. Specifically, the defense showed that allowing an otherwise closed forum to include non-political comments is not viewpoint discrimination. <u>Id</u>. at 10. The additional comments from 2025 do not change this analysis.

Overall, it's now clear that plaintiff's entire case was based on an erroneous belief that he was singled out for the Facebook notice. He was not. He is still as able to criticize, communicate and comment as he did before and actively does so. Since the plaintiff has failed to meet the requirements of the Court's order, the matter should be dismissed with prejudice.

DATED this 29th day of May, 2026, at Anchorage, Alaska.

Walker & Eakes, LLC
Attorney for Defendants
THE CITY AND BOROUGH OF SITKA,
THE SITKA POLICE DEPARTMENT,
JOHN M. LEACH – MUNICIPAL
ADMINISTRATOR and THE CITY AND
BOROUGH OF SITKA ASSEMBLY

By: <u>*/s/ Gregory R. Henrikson*</u>
Gregory R. Henrikson
Alaska Bar No. 9811069

<u>Cranford v. The City and Borough of Sitka, et. al.</u>, Case No. 1:25-cv-00010-SLG
Reply in Support of Motion to Dismiss
Page 3 of 4

Case 1:25-cv-00010-SLG     Document 20     Filed 05/29/26     Page 3 of 4

**Walker & Eakes, LLC**
329 F Street, Suite 200
Anchorage, Alaska 99501
PH: (907) 272-9255
FAX: (907) 272-9256

**Walker & Eakes, LLC**
329 F Street, Suite 200
Anchorage, Alaska 99501
PH: (907) 272-9255
FAX: (907) 272-9256

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served this 29th day of May, 2026 by:

    ___: Mail
    XX: Email
    ___: Facsimile
    ___: Hand Delivery
    ___: Courier

To the following persons:

Austin Wayne Cranford
616 Sawmill Creek Rd
Sitka AK 99835
Austinwcranford@gmail.com


    */s/ Annjenette Cloud*
        Walker & Eakes, LLC
170.491/pld/Reply

Cranford v. The City and Borough of Sitka, et. al., Case No. 1:25-cv-00010-SLG
Reply in Support of Motion to Dismiss
Page 4 of 4
Case 1:25-cv-00010-SLG    Document 20    Filed 05/29/26    Page 4 of 4